IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00446-REB-MJW

JAMES BAILEY,

        Plaintiff,

v.

SHERMAN AND HOWARD, LLC,
JACK SILVER,
KENNETH SIEGEL,
TAMIR GOLDSTEIN,
DISTRICT COURT JUDGE MARTIN EGGLEHOFF,
WAYNE VADEN,
ANITA DUMAS,
DENVER SHERIFF'S DEPARTMENT, and
THE STATE OF COLORADO,

        Defendants.

---

## ORDER TO CURE DEFICIENCY

---

Blackburn, Judge

Plaintiffs submitted a Notice of Appeal on February 8, 2006 . Plaintiff James Bailey is responsible for half of the $255 filing fee. The court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**  **Filing Fee**
     X    is not submitted

**(B)**  **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X    is not submitted
     ___   is not on proper form (must use the court's current form)

    ＿    is missing original signature by plaintiff/petitioner on motion

    ＿    is missing affidavit

    ＿    affidavit is incomplete

    ＿    is missing original signature by plaintiff/petitioner on affidavit

    ＿    affidavit is not notarized or is not properly notarized

    ＿    other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 9th day of February, 2006.

BY THE COURT:

**s/ Robert E. Blackburn**

_____

JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO